# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0265. LEVI ARTHUR FEDD v. THE STATE.**

A jury found Levi Arthur Fedd guilty of child molestation, and the trial court entered sentence on February 27, 2014. On December 31, 2018, Fedd filed an application for discretionary appeal. The only orders included with the application are the sentencing sheet and a March 7, 2017 production order.[1] Although the exact nature of Fedd's application is difficult to decipher, he appears to challenge his conviction. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Fedd's application was not filed within 30 days of any order contained in his application materials, we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.

---

[1] Fedd also included the record index from his criminal trial, which shows the trial court denied his motion for new trial in October 2017, but this order is not included with the application.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 01/28/2019   *
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*